UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TODD KREISLER,

                Plaintiff,

                24-CV-08721 (JAV)

   -v-

                ORDER

44 LEXINGTON ASSOCIATES, LLC AND
517 LEX LLC,

                Defendants.
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      Pursuant to the Court's Order dated January 27, 2025, ECF No. 6, the parties were required to file a joint letter and proposed Civil Case Management Plan and Scheduling Order, the contents of which are described therein, by April 17, 2025. To date, the parties have not filed the joint letter and proposed Civil Case Management Plan and Scheduling Order. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **April 22, 2025**.

      SO ORDERED.

Dated: April 18, 2025
      New York, New York

                                                         _____
                                                         JEANNETTE A. VARGAS
                                                         United States District Judge