UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
               :
TODD KREISLER,                            :
                                            :
                      Plaintiff,            :
                                            :         24-CV-8721 (JAV)
        -v-                                  :
                                            :               <u>ORDER</u>
44 LEXINGTON ASSOCIATES, LLC and 517 LEX  :
LLC,                                              :
                                            :
                    Defendants.          :
                                            :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

    As stated on the record during the Microsoft Teams conference held earlier today:

- Plaintiff's Motion to Compel is DENIED.
- Defendant 44 Lexington Associates, LLC is directed to re-submit the verification for its interrogatory responses.

    The Clerk of Court is directed to terminate ECF No. 29.

    SO ORDERED.

Dated: September 3, 2025
       New York, New York

                                                                       _____
                                                                       JEANNETTE A. VARGAS
                                                                       United States District Judge